**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **APRIL CAREY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5901** |
| | : | |
| **J.G. WENTWORTH MANAGEMENT, LLC, *et al.*** | : | |

# ORDER

**AND NOW**, this 17th day of December 2025, upon considering the parties' joint stipulation of dismissal (DI 12), it is **ORDERED**:

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk of Court shall **close** this case.

**MURPHY, J.**